# Supreme Court of Louisiana

FOR IMMEDIATE NEWS RELEASE

NEWS RELEASE #051

FROM: CLERK OF SUPREME COURT OF LOUISIANA

The Opinions handed down on the **15th day of October, 2014**, are as follows:

**PER CURIAM**:

2013-OB-2575    IN RE: COMMITTEE ON BAR ADMISSIONS CFN-1913

After hearing oral argument, reviewing the evidence, and considering the law, we conclude petitioner is eligible to be admitted to the practice of law in Louisiana. Accordingly, it is ordered that the application for admission be and hereby is granted.
ADMISSION GRANTED.

CLARK, J., would deny admission and assigns reasons.

SUPREME COURT OF LOUISIANA

NO. 13-OB-2575

IN RE: COMMITTEE ON BAR ADMISSIONS CFN-1913

ON APPLICATION FOR ADMISSION TO THE BAR

PER CURIAM

Petitioner successfully passed the essay portion of the Louisiana Bar Examination. However, the Committee on Bar Admissions ("Committee") advised petitioner that it was unable to certify him for admission to the bar on character and fitness grounds relating to his prior criminal history and his failure to fully and accurately disclose his criminal history on both his law school application and his bar application.

Petitioner then applied to this court for admission to the practice of law. We remanded the matter to the Committee on Bar Admissions Panel on Character and Fitness to conduct an investigation and appointed a commissioner to take character and fitness evidence. Following the proceedings, the commissioner filed his report with this court, recommending petitioner be admitted to the practice of law. Neither party objected to this recommendation; however, on its own motion, this court ordered the matter docketed for oral argument.

After hearing oral argument, reviewing the evidence, and considering the law, we conclude petitioner is eligible to be admitted to the practice of law in Louisiana. Accordingly, it is ordered that the application for admission be and hereby is granted.

**ADMISSION GRANTED.**

10/15/14

SUPREME COURT OF LOUISIANA

NO. 13-OB-2575

IN RE:  COMMITTEE ON BAR ADMISSIONS CFN-1913

ON APPLICATION FOR ADMISSION TO THE BAR

Clark, J., dissenting.

I would deny admission.

Petitioner has a record of criminal conduct, and perhaps more seriously, petitioner has shown a pattern of dishonesty by failing to report his complete criminal history on his law school admission and on his application for admission to the Louisiana Bar.

A license to practice law in Louisiana is a privilege, not a right, and petitioner has shown by his illegal and dishonest conduct that he is not entitled to that privilege.  By admitting petitioner to the Louisiana Bar, the Court is lowering the standards demanded of members of the Bar.